AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Patrick O'Meara | ) | Case No. 1:22mj2249 |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**
11:32 am Nov 21 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/18/2022  in the county of  Trumbull  in the
Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 usc 841(a)(1) and b1(C) | Possesion with intent to distribute controlled substances. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis A. Santiago Irizarry, Task Force Officer, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 11/21/2022

City and state: Cleveland, OH

_____
James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*